1  PAUL L. REIN, State Bar No. 43053
   CELIA MCGUINNESS, State Bar No. 159420
2  CATHERINE M. CABALO, State Bar No. 248198
   LAW OFFICES OF PAUL L. REIN
3  200 Lakeside Drive, Suite A
   Oakland, CA  94612
4  Telephone:  (510) 832-5001
   Facsimile:  (510) 832-4787
5  reinlawoffice@aol.com

6  Attorneys for Plaintiff
   PETER MENDOZA
7

8  DAVID R. BURTT, State Bar No. 201220
   dburtt@obllaw.com
9  ANDREW J. MAILHOT, State Bar No. 238956
   amailhot@obllaw.com
10 ONGARO BURTT & LOUDERBACK LLP
   595 Market Street, Suite 610
11 San Francisco, CA  94105
   Telephone:  (415) 433-3900
12 Facsimile:  (415) 433-3950

13 Attorneys for Defendants
   AMZONE LLC, HUGO MARTINEZ
14 (erroneously sued as AUGO MARTINEZ),
   and HOYTT ENTERPRISES, INC.
15

16

17              UNITED STATES DISTRICT COURT

18         FOR THE NORTHERN DISTRICT OF CALIFORNIA

19

20 PETER MENDOZA,                    Case No. C10-03258-EMC

21              Plaintiff,           **STIPULATION TO CONTINUE CASE
                                     MANAGEMENT CONFERENCE**
22        v.                          ORDER

23 AMZONE, LLC; HUGO MARTINEZ
   (erroneously sued as AUGO MARTINEZ);
24 HOYTT ENTERPRISES, INC.; and DOES 1-
   10, Inclusive,
25
                Defendants.
26

27

28

---

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No. C10-03258-EMC

Plaintiff Peter Mendoza ("Plaintiff") and Defendants Amzone, LLC, Hugo Martinez (erroneously sued as Augo Martinez), and Hoytt Enterprises, Inc. (collectively, "Defendants"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, a Case Management Conference is scheduled for February 2, 2010;

WHEREAS, Plaintiff and Defendants are currently engaged in negotiations pursuant to General Order 56;

WHEREAS, this case was referred to mediation on December 29, 2010, and the Court appointed a mediator on January 11, 2011 [Docket No. 14];

WHEREAS, in light of their ongoing negotiations and upcoming mediation, counsel for the parties have met and conferred and respectfully request that the Court continue the Case Management Conference to May 4, 2011, or as soon thereafter as the Court's calendar permits;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel and subject to the Court's approval, that the date for the initial Case Management Conference be rescheduled to May 4, 2011.  Not later than seven days prior thereto, the parties shall file a Joint Case Management Conference statement.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD

DATED:  January 26, 2011          **LAW OFFICES OF PAUL L. REIN**

By:  _____ /s/ *Catherine M. Cabalo* _____
                 Catherine M. Cabalo

Attorneys for Plaintiff
PETER MENDOZA

DATED:  January 26, 2011          **ONGARO BURTT & LOUDERBACK LLP**

By:  _____ /s/ *David R. Burtt* _____
                 David R. Burtt

Attorneys for Defendants
AMZONE LLC, HUGO MARTINEZ
(erroneously sued as AUGO MARTINEZ),
and HOYTT ENTERPRISES, INC.

- 2 -

1    PURSUANT TO STIPULATION, IT IS SO ORDERED   the the CMC is reset for 5/4/11 at 1:30 p.m.
                                                 and a Joint CMC Statement shall be filed
2                                                by 4/27/11.
     DATED: _____1/28/11_____   _____
3                                   Honorable Edward M. Chen
                                    United States Magistrate Judge
4



5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No. C10-03258-EMC

1

## FILER'S ATTESTATION

2       Pursuant to General Order 45, section X(B), I hereby attest that on January 26, 2011, I,

3  David R. Burtt, received the concurrence of Catherine M. Cabalo in the filing of this document.

4                                    /s/  *David R. Burtt*

5                                       David R. Burtt

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No. C10-03258-EMC