```
1  DAVID E. HUNTER III, ESQ. – State Bar No. 208942
   VALERIAN, PATTERSON & STRATMAN
2  1650 Harbor Bay Parkway, Suite 100
   Alameda, CA  94502-3013
3  Phone:  (510) 521-0612
   Fax:  (510) 337-0125
4

5  Attorney for Defendant,
   AMZONE LLC, HUGO MARTINEZ, AND
6  HOYTT ENTERPRISES, INC.

7

8
                   UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10

11
   PETER MENDOZA,                        Case No.: C10-03258 EMC
12
          Plaintiff,
13                                        SUBSTITUTION OF ATTORNEY
        vs.
14
   AMZONE LLC; AUGO MARTINEZ; HOYTT
15 ENTERPRISES, INC.; et al.,

16        Defendants.

17

18
        TO THE COURT, ALL PARTIES HEREIN, AND THEIR COUNSEL OF RECORD:
19
        PLEASE TAKE NOTICE  that David E. Hunter III, Esq. of VALERIAN, PATTERSON &
20
   STRATMAN, 1650 Harbor Bay Parkway, Suite 100, Alameda, CA. 94502, Telephone Number (510)
21
   521-0612, email david.2.hunter@farmersinsurance.com, now substitutes into this matter as attorney of
22
   records for defendants, AMZONE LLC, HUGO MARTINEZ, AND HOYTT ENTERPRISES, INC.,
23
   who were previously represented by David R. Burtt, Esq. Bar No. 201220 of Ongaro Burtt &
24
   Louderback LLP.
25
        Please add the new firm to your service list and to all correspondence.
26

27

28

                            SUBSTITUTION OF ATTORNEY - 1
```

1
2
3    I approve of this substitution of attorney:
4
5    DATED: 3/31/11                                  _____Gabneeu_____
                                                      Defendant AMZONE LLC
6
7    I approve of this substitution of attorney:
8
9    DATED: _____                                _____
                                                      Defendant HUGO MARTINEZ
10
11   I approve of this substitution of attorney:
12
13   DATED: _____                                _____
                                                      Defendant HOYTT ENTERPRISES, INC.
14
15   I approve of this substitution of attorney:
16
17   DATED: _____                                _____
18                                                    DAVID R. BURTT, ESQ.

19   I accept this substitution of attorney:
20   DATED: March    , 2011                          VALERIAN, PATTERSON & STRATMAN
21
22                                              BY:  _____
23                                                    DAVID E. HUNTER III, ESQ.
24
25
26
27
28

SUBSTITUTION OF ATTORNEY - 2

I approve of this substitution of attorney:

DATED: _____                        _____
                                             Defendant AMZONE LLC

I approve of this substitution of attorney:

DATED: 4-20-11                               *Hugo Martinez* (signature)
                                             _____
                                             Defendant HUGO MARTINEZ

I approve of this substitution of attorney:

DATED: _____                        _____
                                             Defendant HOYTT ENTERPRISES, INC.

I approve of this substitution of attorney:

DATED: _____                        _____
                                             DAVID R. BURTT, ESQ.

I accept this substitution of attorney:

DATED: March ____, 2011                      VALERIAN, PATTERSON & STRATMAN

                                             BY: _____
                                                 DAVID E. HUNTER III, ESQ.
SUBSTITUTION OF ATTORNEY - 2

I approve of this substitution of attorney:

DATED: _____

_____
Defendant AMZONE LLC

I approve of this substitution of attorney:

DATED: _____

_____
Defendant HUGO MARTINEZ

I approve of this substitution of attorney:

DATED: 7/4/11

_____
Defendant HOYTT ENTERPRISES, INC.
President

I approve of this substitution of attorney:

DATED: 4/20/11

_____
DAVID R. BURTT, ESQ.

I accept this substitution of attorney:

DATED: ~~March~~ April 21, 2011

VALERIAN, PATTERSON & STRATMAN

BY: _____
DAVID E. HUNTER III, ESQ.

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. Magistrate Judge

IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA