1  PAUL L. REIN, State Bar No. 43053
   CELIA MCGUINNESS, State Bar No. 159420
2  CATHERINE M. CABALO, State Bar No. 248198
   LAW OFFICES OF PAUL L. REIN
3  200 Lakeside Drive, Suite A
   Oakland, CA  94612
4  Telephone:  (510) 832-5001
   Facsimile:  (510) 832-4787
5  reinlawoffice@aol.com

6  Attorneys for Plaintiff
   PETER MENDOZA
7

8  DAVID E. HUNTER, III State Bar No. 208942
   david.2.hunter@farmersinsurance.com
9  VALERIAN PATTERSON & STRATMAN LLP
   1650 Harbor Way Parkway, Suite 100
10 Alameda, CA  94502
   Telephone:  (510) 521-0612
11 Facsimile:  (510) 337-0125

12 Attorneys for Defendants
   AMZONE LLC, HUGO MARTINEZ
13 (erroneously sued as AUGO MARTINEZ),
   and HOYTT ENTERPRISES, INC.
14

15

16             UNITED STATES DISTRICT COURT

17           FOR THE NORTHERN DISTRICT OF CALIFORNIA

18

19 | PETER MENDOZA,                       | Case No. C10-03258-EMC
20 |          Plaintiff,                  | **SUPPLEMENTAL UPDATED JOINT CASE MANAGEMENT CONFERENCE STATEMENT**
21 |    v.                                | ORDER RESETTING CMC
22 | AMZONE, LLC; HUGO MARTINEZ
23 | (erroneously sued as AUGO MARTINEZ); HOYTT
24 | ENTERPRISES, INC.; and DOES 1-10, Inclusive,
25 |          Defendants.
26

27

28 SUPPLEMENTAL UPDATED JOINT CASE
   MANAGEMENT CONFERENCE STATEMENT
   Case No. C10-03258-EMC
   S:\CASES\T\TACO BELL (Mendoza)\PLEADINGS\20110725 Supplemental Updated Joint CMC Statement (FINAL).doc

Plaintiff PETER MENDOZA ("Plaintiff") and defendants AMZONE, LLC; HUGO MARTINEZ (erroneously sued as AUGO MARTINEZ); and HOYTT ENTERPRISES, INC. (all defendants together "Defendants"), by and through their respective counsel, hereby jointly file this **supplemental updated** Joint Case Management Conference Statement.

As noted in the updated Joint Case Management Conference Statement filed with the Court on July 22, 2011, at a July 20, 2011 mediation with James Hodgkins, the parties settled all issues in this case, including: injunctive relief, damages, attorneys' fees, litigation expenses, and costs.  On July 21, 2011, the parties filed a Consent Decree and Proposed Order with the Court that memorializes settlement of injunctive relief.  See Docket No. 26.  The parties are currently working on a written agreement that describes all of the terms of settlement of monetary issues in this case.

The parties file this supplemental updated statement to clarify that they **do not want the Court to dismiss this case** until the injunctive relief described in the Consent Decree and Order is completed and all payments for damages, attorneys' fees, litigation expenses and costs are made.  The parties will file a stipulated dismissal upon completion of these terms.

- 2 -

SUPPLEMENTAL UPDATED JOINT CASE
MANAGEMENT CONFERENCE STATEMENT
Case No. C10-03258-EMC
S:\CASES\T\TACO BELL (Mendoza)\PLEADINGS\20110725 Supplemental Updated Joint CMC Statement (FINAL).doc

1  DATED:  July 25, 2011          **LAW OFFICES OF PAUL L. REIN**

                                  By:   */s/ Catherine M. Cabalo*
                                          Catherine M. Cabalo

                                  Attorneys for Plaintiff
                                  PETER MENDOZA

DATED:  July 25, 2011             **VALERIAN PATTERSON & STRATMAN LLP**

                                  By:   */s/ David E. Hunter, III*
                                          David E. Hunter, III

                                  Attorneys for Defendants
                                  AMZONE LLC, HUGO MARTINEZ
                                  (erroneously sued as AUGO MARTINEZ),
                                  and HOYTT ENTERPRISES, INC.

IT IS SO ORDERED that the Status Conference set for 8/1/11 at 10:30 a.m. is reset for 9/9/11 at 10:30 a.m.   An updated joint Status Report shall be filed by 9/2/11.

_____
Edward M. Chen
U.S. District Judge

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*
(UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA seal)

- 3 -

SUPPLEMENTAL UPDATED JOINT CASE
MANAGEMENT CONFERENCE STATEMENT
Case No. C10-03258-EMC
S:\CASES\T\TACO BELL (Mendoza)\PLEADINGS\20110725 Supplemental Updated Joint CMC Statement (FINAL).doc

| | |
|---|---|
| 1 | **FILER'S ATTESTATION** |
| 2 | Pursuant to General Order 45, section X(B), I hereby attest that on July 25, |
| 3 | 2011, I, Catherine M. Cabalo, received the concurrence of David E. Hunter, III in |
| 4 | the filing of this document. |

                      /s/ Catherine M. Cabalo
                      Catherine M. Cabalo

- 4 -

SUPPLEMENTAL UPDATED JOINT CASE
MANAGEMENT CONFERENCE STATEMENT
Case No. C10-03258-EMC
S:\CASES\T\TACO BELL (Mendoza)\PLEADINGS\20110725 Supplemental Updated Joint CMC Statement (FINAL).doc