CATHERINE M. CABALO – State Bar No. 248198
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA 94612
Phone: (510) 832-5001
Fax: (510) 832-4787
Attorney for Plaintiff,
PETER MENDOZA


DAVID E. HUNTER III, ESQ. – State Bar No. 208942
VALERIAN, PATTERSON & STRATMAN
1650 Harbor Bay Parkway, Suite 100
Alameda, CA 94502-3013
Phone: (510) 521-0612
Fax: (510) 337-0125

Attorney for Defendants,
AMZONE LLC,
HUGO MARTINEZ
HOYTT ENTERPRISES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER MENDOZA,<br><br>         Plaintiff,<br><br>vs.<br><br>AMZONE LLC; AUGO MARTINEZ; HOYTT ENTERPRISES, INC.; et al.,<br><br>         Defendants. | Case No.: C10-03258 EMC<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON** |

    The parties, by and through their respective counsel, stipulate to the dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1). Outside the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees.

1     Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).

    This stipulation may be executed in counterparts, all of which together shall constitute one original document.

DATED: October ___, 2011      LAW OFFICES OF PAUL L. REIN

BY:    /s/ Catherine M. Cabalo
CATHERINE M. CABALO, ESQ.
Attorney for Plaintiff,
PETER MENDOZA

DATED: October ___, 2011      VALERIAN, PATTERSON & STRATMAN

BY:    /s/ David E. Hunter III
DAVID E. HUNTER III, ESQ.
Attorney for Defendants,
AMZONE LLC, HUGO MARTINEZ, HOYTT ENTERPRISES, INC.

### ORDER

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1).

Dated: __10/26__, 2011

IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Re: <u>Mendoza v. Amzone LLC, et al.</u>
Case Number: C10-03258 EMC

## PROOF OF SERVICE
### Code of Civil Procedure §§ 1013a, 2015.5

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action. My business address is 1650 Harbor Bay Parkway, Suite 100, Alameda, CA 94502-3013. On October 24, 2011, I served the following document(s):

**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON**

\_\_\_\_ by placing the document(s) listed above in a sealed envelope, addressed as set forth below, and placing the envelope for collection and mailing in the place designated for such in our offices, following ordinary business practices.

\_\_\_\_ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

\_\_\_\_ By causing a true copy thereof to be personally delivered to the person(s) at the address(es) set forth below.

__X__ By causing a true copy thereof to be delivered via the Court's Electronic Case Filing system.

**SEE ATTACHED SERVICE LIST**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on October 24, 2011, at Alameda, California.

_____
STEPHANIE D.M. PEARSON

Re: <u>Mendoza v. Amzone LLC, et al.</u>
Case Number: C10-03258 EMC

## SERVICE LIST

Catherine M. Cabalo, Esq.
Law Offices of Paul L. Rein
200 Lakeside Drive, Suite A
Oakland, CA 94612
Attorney for Plaintiff, Peter Mendoza
Phone: (510) 832-5001
Fax: (510) 832-4787


David R. Burtt, Esq.
Ongaro Burtt & Louderback LLP
595 Market Street, Suite 610
San Francisco, CA 94105
Attorney for Defendants, Amzone LLC, Hugo Martinez
and Hoytt Enterprises, Inc.
Phone:
Fax:


David E. Hunter III, Esq.
VALERIAN, PATTERSON & STRATMAN
1650 Harbor Bay Parkway, Suite 100
Alameda, CA 94502-3013
Phone: (510) 521-0612
Fax: (510) 337-0125